**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:13-CV-01177-CRS**

**QUINNE-TIFFANE HENDERSON, ET AL**                                **PLAINTIFFS**

**V.**

**OFFICER SHELBY SEARS, ET AL**                                         **DEFENDANTS**

## STATUS REPORT

Plaintiff, in accordance with this Court's Order of December 22, 2015, submits this Status Report.

Nothing has changed since the teleconference held with the Magistrate on December 21, 2015. The parties remain the same distance apart. Plaintiff is awaiting a counter-offer from Defendants, and has been since the prior teleconference. Unfortunately, there is nothing further that Plaintiff is able to report at this time.

Respectfully submitted,

s/Daniel J. Canon
Daniel J. Canon
CLAY DANIEL WALTON & ADAMS
101 Meidinger Tower
462 S. Fourth Street
Louisville, KY 40202
(502)561-2005
dan@justiceky.com

Felicia J. Nu'Man
Felicia J. Nu'Man Attorney at Law, PLLC
312 S. Fourth Street, Suite 700
Louisville, KY 40241

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served on all counsel of record using the CM/ECF system on January 7, 2016.

s/Daniel J. Canon